# Exhibit – A

# State Court Summons and Petition

FILED
LEAVENWORTH CO. KS
2025 MAY 29 PM 1:10
CLERK OF DIST COURT

IN THE DISTRICT COURT OF **LEAVENWORTH COUNTY**, KANSAS

**Kori Thiessen**
Plaintiff

Case No. LV-2025-DM-000384

vs.

**Christopher Colson**
Defendant

**PERSONAL SERVICE ONLY**

Address:
**1300 Metropolitan Ave**
**Leavenworth, KS, 66048**

### SUMMONS AND NOTICE OF HEARING FOR PROTECTION ORDER

To the above-named defendant:

You are notified that the attached petition for protection was filed against you in this court and that the court ☒ **has entered** the attached temporary orders, or ☐ **has not entered** temporary orders against you.

A hearing on this matter has been scheduled on:

Date: June 16, 2025
Time: 1:00 ☐ a.m. ☒ p.m.
Place: LVCO District Court - 601 S 3rd St - Leavenworth KS 66[_]

If you do not attend the hearing, final orders may be issued against you. You may appear and cross-examine the plaintiff's witnesses and present evidence as to why the orders sought should not be granted. You may file an answer or counter-petition but are not required to do so. You have the right to appear with or without an attorney.

Date: 5/29/25

_____
Clerk of the District Court/Deputy

Rev. 07/2015-KsJC

DOCUMENT GENERATED BY WWW.KSPOP.ORG

IN THE DISTRICT COURT OF **LEAVENWORTH COUNTY**, KANSAS

**Kori Thiessen**
Plaintiff

Case No.

vs.

**Christopher Colson**
Defendant

## RETURN OF SERVICE OF SUMMONS

☐ I certify under penalty of perjury that I have served this summons and notice of hearing:
By personally delivering on the _____ day of _____, 20____, at ____:____
☐ a.m. ☐ p.m., a copy of the summons and a copy of the petition and temporary orders (if any) to the above named defendant.

All done in _____ County, Kansas.

☐ I certify under penalty of perjury that I was not able to personally serve this summons and notice of hearing.

Date:_____                    _____
                                                                    Sheriff/Deputy

# IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS

Protection from Stalking, Sexual Assault, or Human Trafficking (K.S.A. 60-31a01 et seq.)

FILED
LEAVENWORTH CO. KS
2025 MAY 29 PM 1:10

## Temporary Order of Protection from Stalking, Sexual Assault, or Human Trafficking

| Judge or Division: Judge John Bryant | Case Number: LV-2025-DM-000384 |
|---|---|
| | Court ORI Number: |
| Plaintiff: **Kori Thiessen** vs. | Protected Person Identifiers: Name: **Kori Thiessen** Year of Birth: **1975** Sex: **Female** |

| Defendant: **Christopher Colson** Address **1300 Metropolitan Ave Leavenworth KS 66048** | Defendant Identifiers: |
|---|---|

| SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|
| Male | White | | | |

| HAIR | EYES | LAST 4 DIGITS SSN (IF KNOWN) | |
|---|---|---|---|
| DRIVERS LICENSE # | | DL STATE | DL EXP. DATE |

Protected Person: **Kori Thiessen**      (name)
This order and its terms are directed at and apply to Defendant only.

## THIS TEMPORARY ORDER SHALL REMAIN IN EFFECT UNTIL SERVICE OF THE FINAL ORDER OR UNTIL TERMINATED BY ORDER OF THE COURT.
### ONLY THE COURT CAN CHANGE THIS ORDER.

The Court Finds: (Only the provision(s) initialed by the judge apply.)

☑ Plaintiff filed a written verified petition on **May 29**, 20**25** requesting a Temporary Order of Protection from Stalking, Sexual Assault, and Human Trafficking.

☑ This Court has jurisdiction over Plaintiff, Defendant and subject matter.

☑ Plaintiff has established a prima facie case of stalking, sexual assault, or human trafficking sufficient for the court to issue a temporary order of protection from stalking, sexual assault, or human trafficking.

☑ A hearing has been set for **June 16**, 20**25** at **1:00** ☐ a.m. ☑ p.m., at **LVCO District Ct 601 S 3rd St Leavenworth KS 66048** (Court) and summons has been issued.

Rev. 07/2023 KSJC            Page 1 of 3            PFSSAHT TEMORARY ORDER
DOCUMENT GENERATED BY WWW.KSPOP.ORG

## Order

**The Court Orders:**
- Plaintiff's address and telephone number shall remain confidential for the protection of the Protected Person.
- Defendant shall not follow, harass, abuse, molest, assault, threaten, stalk, or interfere with the privacy rights of the Protected Person, and the Protected Person's family or household. This includes, but is not limited to, utilizing any electronic tracking system or acquiring tracking information to determine the Protected Person's location, movement, or travel patterns. [ NCIC 01 & 02 ]
- Defendant shall not enter or come on or around the premises, the residence, the property, school, or place of employment of the Protected Person or other family or household member. [ NCIC 04 ]
- Defendant shall not communicate either directly or indirectly, including in person, by phone, text or email message, any social media, or in any other way or manner, with the Protected Person, the Protected Person's employer, employees, fellow workers, or others with whom the communication would be likely to cause annoyance or alarm the Protected Person. [ NCIC 05 ]
- Defendant shall not direct or request another to contact the Protected Person, either directly or indirectly, including in person, by phone, text or email message, any social media, or in any other way or manner. [ NCIC 04 & 05 ]
- Defendant shall not commit or attempt to commit a nonconsensual sexual act against the Protected Person.
- Defendant shall not commit or attempt to commit a sexual act against the Protected Person by force, threat of force, duress, or when the Protected Person is incapable of giving consent.
- Defendant shall not follow, harass, telephone, contact, recruit, harbor, transport, or commit or attempt to commit human trafficking upon the Protected Person.

**CERTIFICATE OF COMPLIANCE WITH THE VIOLENCE AGAINST WOMEN ACT (VAWA):**
This Order meets all the requirements of the Violence Against Women Act, 18 U.S.C. § 2265. This Court has jurisdiction of the parties and the subject matter; Defendant has been afforded notice and a timely opportunity to be heard as provided by the laws of Kansas. This Order is enforceable in all 50 states, the District of Columbia, all Indian tribal courts and all United States territories and shall be enforced as if it were an order of that jurisdiction pursuant to 18 U.S.C. § 2265.

Additional terms of this order are set forth below, if any.

**Other Provisions:**
___ 1. Other orders necessary to promote the safety of the Protected Person:

☐ _____
☐ _____
☐ _____
☐ _____
☐ _____

STATE OF KANSAS } SS
LEAVENWORTH COUNTY
I hereby certify that the foregoing is a true copy of the record on file in this court and cause.
_____ Clerk
Dated 5/29/25

**SO ORDERED:**

5/29/25
Date

_____
Judge of the District Court

## WARNINGS TO DEFENDANT

- This order is effective when signed by the judge. Law enforcement officials shall immediately enforce this order.
- Violation of this order may constitute an offense under chapter 21 of the Kansas Statutes Annotated, including, but not limited to: violation of a protective order as provided in K.S.A. 21-5924, and amendments thereto; a sex offense under article 55 of chapter 21 of the Kansas Statutes Annotated, and amendments thereto; stalking as provided in K.S.A. 21-5427, and amendments thereto; assault as provided in K.S.A. 21-5412(a), and amendments thereto; battery as provided in K.S.A. 21-5413(a), and amendments thereto; and criminal trespass as provided in K.S.A. 21-5808(a)(1)(C), and amendments thereto, and may result in prosecution and conviction under Kansas criminal statutes.
- Violation of this order may also be punishable as contempt of this court.
- If Defendant has a concealed carry license, that license is subject to revocation pursuant to K.S.A. 75-7c07, and amendments thereto. After a defendant's concealed carry license has been revoked, continuing to carry a concealed weapon may constitute a violation of K.S.A. 21-6302, and amendments thereto.
- Violation of this order may subject Defendant to prosecution for such federal crimes, including but not limited to: Interstate travel to commit domestic violence; Interstate stalking; and Interstate violation of a protection order.

## Notice of Extension of this Temporary Order
(Pursuant to K.S.A. 60-31a05)

If a hearing on the petition for protection is continued, the court may extend this Temporary Order of Protection from Stalking, Sexual Assault, or Human Trafficking for additional periods of time as it deems necessary.

## Notice of Default
(Pursuant to K.S.A. 60-255)

If you fail to appear at the hearing, a default order may be entered against you and this Temporary Order of Protection from Stalking, Sexual Assault, or Human Trafficking may turn into a Final Protection from Stalking, Sexual Assault, or Human Trafficking without further notice to you.

ELECTRONICALLY FILED
2025 May 29 AM 9:32
CLERK OF THE LEAVENWORTH COUNTY DISTRICT COURT
CASE NUMBER: LV-2025-DM-000384
PII COMPLIANT

IN THE DISTRICT COURT OF **LEAVENWORTH COUNTY**, KANSAS

**Kori Thiessen**
Plaintiff

vs.                             Case No. _____

**Christopher Colson**
Defendant

Petition Pursuant to K.S.A. Chapter 60

### PETITION FOR PROTECTION FROM STALKING, SEXUAL ASSAULT, OR HUMAN TRAFFICKING ORDER
(K.S.A. 60-31a01 *et seq.*)

1. Plaintiff seeks an order for protection from stalking, sexual assault, or human trafficking for:

    a. [x] **myself;**

    **OR**

    b. [ ] **a minor child (under age 18)**
    Plaintiff is:
    - [ ] the parent of the child
    - [ ] an adult who resides with the child
    - [ ] the child's court appointed legal custodian
    - [ ] the child's court-appointed legal guardian
    - [ ] a county or district attorney, filing on behalf of a minor victim of human trafficking
    - [ ] the Kansas attorney general, filing on behalf of a minor victim of human trafficking

    The minor child's name and year of birth are:

    Minor Child's Name: _

    Year of Birth: _

2. Defendant can be served at: (please provide all available addresses)

    HOME: street    city _

    state _zip code _

    phone number **(202) 578-5871**

    times when defendant is usually there

WORK: street **1300 Metropolitan Ave** city **Leavenworth**

state **KS** zip code **66048**

phone number **(913) 682-8700**

times when defendant is usually there **730-1600**

OTHER: street   city

state   zip code

phone number

times when defendant is usually there 730-1600

3. If Defendant is a minor, a Minor Defendant Addendum is attached.

4. List any current or past protection orders, restraining orders, or no-contact orders between Plaintiff and Defendant.

| County, State | Case number | Date filed, if known |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

2

5. Select and complete either section A, B, or C. Attach more pages as needed.

[X] A. Describe the incidents of stalking. Include specific facts, dates and locations:

Incident #1:

My supervisor contacted me during non duty hours on my personal cell phone ace personal email for issues which were not work related emergencies. He is not authorized to contact me in this nature so I did not respond to his contact. In October 2024 I was chastised by him for not responding to him. I responded to him that he needed to stop contacting me during non duty hours on my personal phone and email.

Incident #2:

In November 2024, due to his ongoing harassment, I made a request to be reassigned to a new supervisor via a reasonable accommodation request I provided supporting letters from my therapist requesting my contact with my supervisor by limited. The agent responded by ordering me to check in directly with my supervisor when I arrived at work and check out when I depart. Of the 300+ employees, I am the only one required to do this and I have 25 year work history of no misconduct. I was also ordered to check in and out with my supervisor when I went to teach an annual refresher training to my coworkers. Of the numerous instructors, I was the only one required to check in and out with their supervisor. Additionally, the staff member who oversees the training was ordered by my supervisor to monitor my behavior and report back to him about my training session. I again was the only staff member who was observed and reported on.

Additional Incident(s), if any:

On February 14, 2025, my supervisor conducted a welfare check on me. He did this by ordering the human resource manager to make multiple contacts with me. I was absent from work that day due to my compressed schedule requiring me to be absent the Friday before Presidents' Day.

In March 2025, I was injured at work. My supervisor demands my personal medical information in order to approve me for workers comp pay to attend work comp related medical appointments.

I was on leave approved by my supervisor from May 20 to May 28, 2025. The police were sent to my home to conduct a welfare check on May 28 because my supervisor "had not heard from me in a couple of days", per the police. The police were concerned about my supervisor's conduct, said they would author an informational report and encouraged me to consider filing a protection from stocking order. However, they did not have jurisdiction of this case in Johnson County Kansas.

Have any criminal charges ever been filed based on the incidents described? If yes, give name of county where case was filed and case number, if known.

OR

[ ] B. Describe the incident of sexual assault. Include specific facts, dates and locations:

Have any criminal charges ever been filed based on the incidents described? If yes, give name of county where case was filed and case number, if known.

OR

☐ C. Describe the incident of human trafficking. Include specific facts, dates, and locations:

Have any criminal charges ever been filed based on the incidents described? If yes, give name of county where case was filed and case number, if known.

4

6. Plaintiff needs a protection from stalking, sexual assault, or human trafficking order because:

**Do you fear for your safety if you do not receive the protection order? Yes**

7. Plaintiff requests that the court issue an ex parte Temporary Order of Protection and Final Order of Protection restraining defendant from:

- [X] abusing, molesting or interfering with the privacy or rights of the protected person.
- [X] following, harassing, telephoning, contacting or otherwise communicating with the protected person.
- [ ] committing or attempting to commit a sexual assault upon the protected person.
- [ ] following, harassing, telephoning, contacting, recruiting, harboring, transporting, or committing or attempting to commit human trafficking upon the protected person.
- [ ] entering or coming around the residence or area of the protected person.
- [ ] other:

8. (Check box if you are asking for the transfer of wireless telephone numbers. Leave box blank if you are not asking for the transfer of wireless telephone numbers.)

- [ ] Plaintiff asks the court to order the transfer of rights to and billing responsibility for the wireless telephone number of [ ] **Plaintiff and/or** [ ] **minor child(ren)** in the care of Plaintiff.

9. The court should give copies of orders to the appropriate law enforcement agencies; set a date, time and hearing on this matter; and issue summons to Defendant, notifying Defendant of this action and the relief requested.

10. After a hearing, the court should issue a Final Order of Protection from Stalking, Sexual Assault, or Human Trafficking prohibiting Defendant from committing any acts of stalking, sexual assault, or human trafficking against the protected person; order Defendant to pay court costs and attorney fees if appropriate; and order any other relief necessary for the safety of the protected person including:

**I'm requesting he be restored from any contact with me and he not be allowed to have access to any personal information about me**

## VERIFICATION

I verify under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct. Executed on Wednesday, May 28, 2025

Plaintiff's Signature



Plaintiff's Name:     Kori Thiessen

Your Email Address
korimt@gmail.com

*(WARNING: This email address may be used by the court and other parties to communicate with you about this case.)*

**(DO NOT include the residential address of Plaintiff in this petition. Plaintiff must complete the Protection from Stalking, Sexual Assault, or Human Trafficking Confidential Information form and include it with this petition.)**

_____
Attorney representing Plaintiff (if any)

Attorney's Name: _____
Address 1: _____
Address 2: _____
City, State, Zip: _____
Telephone: _____
Email: _____